ANIBAL GOMEZ ET AL. *v.* MODERN HOME
CONSTRUCTION CORPORATION ET AL.
(11775)

LAVERY, HEIMAN and FREEDMAN, Js.

Argued May 3—decision released May 25, 1993

*Sandra K. Gerber,* with whom, on the brief, was *Geraldine M. Menn,* for the appellants (plaintiffs).

*Christopher P. Hankins,* with whom, on the brief, was *Alfred L. Fordiani, Jr.,* assistant corporation counsel, for the appellee (defendant city of Meriden).

PER CURIAM. The judgment is affirmed.